## Fred Newmann, Appellee, v. Nathan Ciralski and Anice Ciralski, Appellants.

### Gen. No. 43,839.

616

opinion filed June 4, 1947; released for publication June 19, 1947. Irving Breakstone, for appellants; Sidney Z. Tepper, for appellee. Opinion by JUSTICE BURKE. Not to be published in full.